# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

20-735-JPG

Travis Oliver

SD: 458664

Case Number: _____

_____

_____

*(Clerk's Office will provide)*

*Plaintiff(s)/Petitioner(s)*

v.

- St. Clair County Institution
- U.S. District Federal Bureau
- State of Illinois

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☒ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

*Defendant(s)/Respondent(s)*

## I.    JURISDICTION

Plaintiff:  Travis Oliver # 458664

A.    Plaintiff's mailing address, register number, and present place of
confinement.    St. Clair County Institution
700N 5th st. / Belleville, IL 62220
SD: (#458664) / (H-Block)

**Defendant #1:**

B.    Defendant  St. Clair County jail  is employed as
        (a)    (Name of First Defendant)

Dential Supervisor
        (b)    (Position/Title)

with  St. Clair County Institution
        (c)    (Employer's Name and Address)

700N 5th st. / Belleville, IL 62220

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?    ☒ Yes    ☐ No

If your answer is YES, briefly explain:  The dential supervisor
of the St. Clair County jail, examined my teeth
but only provided antibiotics and pain reliever
without the proper follow up to a cosmetic dentist.

Rev. 10/3/19

. **Defendant #2:**

C.    Defendant _Federal Breau /Prestion_ is employed as
(Name of Second Defendant)    Humphrey

_Federal Public Attorney_
(Position/Title)

with _Federal Bureau /Southern Illinois_
(Employer's Name and Address)
_District/ Public Defender Office /650 Missour Ave._
_East St, Louis, IL 62201_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain: Prestion Humphrey is
representing me and my federal case. I called and
notified him about my conditions of my dental issues.
His response was that he will send out a e-mail to the
federal Marshalls. I tried calling him in reguards but
don't get any response.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☒No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):

N/A

Defendant(s):

2.   Court (if federal court, name of the district; if state court, name of the county):

3.   Docket number:

4.   Name of Judge to whom case was assigned:

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):

6.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

Rev. 10/3/19

7.   Approximate date of filing lawsuit:

8.   Approximate date of disposition:

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution?  ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

C.   If your answer is YES,
   1.   What steps did you take?
   I Fyled several sick call and marshall request forms and I never recieved a response from the Bureau. I've been evaluated by St. Clair County's Dentist.
   2.   What was the result?
   I recieved pain reliever and antibiotics, and was ~~was~~ told that St. Clair Countys not responsable for my cosmetic dental health.

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

F.   If your answer is YES,
   1.   What steps did you take?

Rev. 10/3/19

2.    What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any
response you received.  If you cannot do so, explain why not:

I recieved copies of my request, but I've been transferred four different cell block locations, and lost them. Here in St. Clair county jail, I was placed in solitary confinement and recieved only some of my property from the officers, as to how I lost my request copies and other items. With your help, Sargent Struberg here, can provide my request I filed.

Rev. 10/3/19

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Around Oct. 26th, 2019 I started to experience toothache here at St. Clair County Jail. I made the staff aware in several grievances, sick call slips, and Marshall requests to have them report and put on notice a dentist, Yet no one responded with the proper care that would alleviate my issue completely, which is in violation of my 8th Amendment right, to be free of any cruel and unusual punishment according to human decence.

Rev. 10/3/19

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I request that the courts provide monetary Compensation for my pain and Anguish from my mental stress and for me to have the ability to pay for the proper Care.

## VI.   JURY DEMAND (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  07-23-20  
(date)

700 N 5th St.  
Street Address

Belleville, IL 62220  
City, State, Zip

_____  
Signature of Plaintiff

Travis Oliver  
Printed Name

#458664  
Prisoner Register Number

_____  
Signature of Attorney (if any)

Rev. 10/3/19

Hi, I'm Travis M. Oliver (SD# 458664) here at the St. Clair county. I'm writing this letter to whom it may concern, giving a request that I be seen and given proper care of my cosmetic dental health. I first got apprehended under federal custody Oct. 23, 2019. Up from that date, I put in and made it known to federal officials my dental conditions and haven't received any proper care. I seen the doctors here several times but all I receive is IB proven from the jail. I was told by my first and present Attorney that I will be seen and tooken care of once I reached prison. I understand we're all going ~~through~~ through a Global crisis and the government is behind on thing, but I been here 9 months so far and haven't even pleaded out nor received another court date, nor council from my Attorney. I'm experiencing a lot of pains, I can't eat much, i've been prescribed sleep aid meds but due to my pains, I can't sleep. I'm being compliant and patient but i'm at my worst as to why i'm writing this letter asking for some form of sympathy. Thank you and I can just hope to get help from you.

*Travis Oliver*

"OFFICIAL SEAL"
DAVID NICHOLS
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES MAY 14, 2022

7-14-2020

Travis Oliver #458664
700 N. 5th St.
Belleville, IL 62220

SAINT LOUIS MO 630

27 JUL 2020 PM 8 L

PURPLE HEART

MAIL CLEARED

Southern Illinois District
750 Missouri Ave.
East St. Louis, IL 62202

Legal Mai

62201-295499



RECEIVED

JUL 2 9 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE