# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVIS OLIVER, #458664, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:20-cv-00735-JPG |
| | ) |
| DR. DAVID MARCOWITZ, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:** May 9, 2024

MONICA A. STUMP, Clerk of Court

By: *s/Tina Gray,*
Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE